1
2
3      O
4
5
6
7
8              UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| LINUS EKENE, | ) Case No. CV 10-7878-DDP (DTB) |
| Plaintiff, | ) |
| vs. | ) ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| B.M. CASH, Warden, et al., | ) |
| Defendants. | ) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that defendants' Motion to Dismiss plaintiff's Eighth Amendment cruel and unusual punishment claim as to defendants Vanegers, Pollard, Romero, and Diaz is denied; that defendants' Motion to Dismiss plaintiff's Eighth Amendment cruel and unusual punishment claim as to defendant Chambers is granted with leave to amend; that defendants' Motion to Dismiss plaintiff's Eighth Amendment deliberate indifference claim as to all defendants is granted with leave

to amend; that defendants' Motion to Dismiss plaintiff's Fourteenth Amendment due process claim against defendant Diaz is granted with leave to amend; that defendants' Motion to Dismiss plaintiff's First Amendment free exercise of religion and denial of access to the courts claims against defendant Pollard is granted with leave to amend; and that defendants' Motion to Dismiss based on qualified immunity is denied. If plaintiff still desires to pursue his dismissed claims, plaintiff is required to file a Second Amended Complaint within thirty (30) days of the service of the this Order.

DATED:  May 30, 2012

*[signature]*

DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE